IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WAYNE E. NICKERSON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-135
)
INTERNAL REVENUE SERVICE; MR. )
DUNLAP; PATRICANA LA POSTA, )
Director; JACQUELYNE YARBROUGH; )
Manager; VANESSA GIBSON, Manager; )
G. CARTER LOUIS, Manager; )
PATRICIA CARMAN; TONYA WILLIAMS- )
WALLACE, Manager; RETHA ZULAGER, )
Manager; MS. HAWK; TRACIA L. )
NOYES, Manager Department 2; )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which objections have been filed (Doc. 6; Doc. 7; Doc. 8; Doc. 9). After a careful de novo review of the record in this case, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of September 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA